UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| BRADLEY ALLEN GRUBHAM,<br><br>        Petitioner,<br><br>    v.<br><br>SUPERINTENDENT OBERLAND,<br><br>        Respondent. | CASE NO. C13-5646 RJB-JRC<br><br>ORDER GRANTING IN FORMA PAUPERIS STATUS |

The Court, having reviewed petitioner's application to proceed in forma pauperis, does hereby find and ORDER:

Petitioner's application for leave to proceed in forma pauperis (ECF Nos. 1 and 6) is GRANTED.

The Clerk is directed to mail a copy of this Order to Petitioner.

Dated this 20th day of August, 2013.

                                                                                     *[signature]*

J. Richard Creatura
United States Magistrate Judge