UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

BRADLEY ALLEN GRUBHAM,

        Petitioner,

   v.

STATE OF WASHINGTON,

        Respondent.

CASE NO. C13-5646 RJB-JRC

ORDER DIRECTING PETITIONER
TO SIGN HIS PLEADINGS

    The District Court has referred this petition for a writ of habeas corpus to United States Magistrate Judge J. Richard Creatura. The Court's authority for the referral is 28 U.S.C. § 636(b)(1)(A) and (B), and local Magistrate Judge Rules MJR3 and MJR4. Petitioner seeks relief from a state conviction and sentence. Thus, the petition is filed pursuant to 28 U.S.C. § 2254.

    Petitioner has filed a motion asking that the Court stay his petition and hold it in abeyance (ECF No. 10). Petitioner did not properly sign either his motion or his attached declaration. Fed. R. Civ. P. 11 states:

> Every pleading, written motion, and other paper must be signed by at least one attorney of record in the attorney's name--or by a party personally if the party is unrepresented. The paper must state the signer's address, e-mail address, and telephone number. Unless a rule or statute specifically states otherwise, a pleading

need not be verified or accompanied by an affidavit. The court must strike an unsigned paper unless the omission is promptly corrected after being called to the attorney's or party's attention.

The Court gives petitioner until October 25, 2013, to submit a signed motion and declaration. If the Court does not receive the signed documents by October 25, 2013, petitioner's motion will be struck from the calendar. The Court instructs the Clerk's Office to re-note petitioner's motion, (ECF No. 10), for November 1, 2013.

Dated this 4th day of October, 2013.

J. Richard Creatura
United States Magistrate Judge

ORDER DIRECTING PETITIONER TO SIGN HIS
PLEADINGS - 2