1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

9

10    BRADLEY ALLEN GRUBHAM,                      CASE NO. C13-5646 RJB-JRC

11                            Petitioner,          ORDER CONTINUING THE STAY
                                                  IN THIS PETITION AND HOLDING
12            v.                                  IT IN ABEYANCE

13    SUPERINTENDENT OBERLAND,

14                            Respondent.

15          The District Court has referred this 28 U.S.C. § 2254 petition to the undersigned

16    Magistrate Judge.  The Court stayed this matter and has held it in abeyance since November of

17    2013 (Dkt. 23).  Petitioner has kept the Court informed of the progress of his personal restraint

18    petition in state court and filed status reports in April and May of 2014 (Dkt. 26 and 28).

19    Petitioner asks that the stay be continued until his motion for discretionary review has been

20    addressed by the Washington State Supreme Court (Dkt. 24).  Respondent agrees that the action

21    should remain stayed (Dkt. 27).

22          District courts may use a "stay-and-abeyance" procedure while a petitioner exhausts his

23    claims in state court.  *Rhines v. Weber*, 544 U.S. 269, 275-77; *Calderon  v. United States District*

24

*Court (Taylor)*, 134 F.3d 981, 988 (9th Cir.1998).  In determining whether the petition should be stayed, the Court must also "be mindful that AEDPA aims to encourage the finality of sentences and to encourage petitioners to exhaust their claims in state court before filing in federal court." *Wooten v. Kirkland*, 540 F.3d 1019, 1024 (9th Cir. 2008), *cert. denied*, 556 U.S. 1285 (2009) (holding that petitioner's "impression" that defense counsel had exhausted all of the issues in state court did not fulfill the requirement to show "good cause").

Both parties agree this action should be stayed. The Court grants petitioner's uncontested motion.

The matter is stayed until November 14, 2014.  Petitioner will file a report and, if needed, a motion to extend the stay on or before October 31, 2014 -- fourteen days before the stay ends. Petitioner will inform the Court of the status of his state proceedings.  Petitioner's report will include the state court cause number.  Further, if the state court dismisses the petition or terminates review, petitioner will inform the Court and file a motion to lift the stay within 30 days of the state court taking action.  Petitioner's failure to file a proper report or inform the Court of the termination of state review will result in the Court issuing a report and recommendation that this petition be dismissed.

The Clerk's office is directed to remove Dkt. 24 from the Court's calendar.

Dated this 21st day of May, 2014.

J. Richard Creatura
United States Magistrate Judge