UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

BRADLEY ALLEN GRUBHAM,

            Petitioner,

    v.

OBENLAND,

            Respondent.

CASE NO. 3:13-CV-05646-RJB-JRC

ORDER GRANTING EXTENSION

      The District Court referred this petition for a writ of habeas corpus to United States Magistrate Judge J. Richard Creatura pursuant to 28 U.S.C. § 636(b) (1) (A) and (B), and local Magistrate Judge Rules MJR3 and MJR4. Petitioner seeks relief from a state conviction pursuant to 28 U.S.C. § 2254.

      Before the Court is petitioner's motion for an extension. Dkt. 58. Petitioner seeks an extension until May 1, 2016, to file his amended petition. Dkt. 58. Petitioner states that he was transferred to a new facility and that he needs time to reorganize his records. *Id.* Petitioner also states that he was placed in administrative segregation for a period of time and that the law library was closed for an update to the case law system. *Id.* Respondent does not oppose petitioner's motion. Dkt. 59.

ORDER GRANTING EXTENSION - 1

1  The Court finds that the request is reasonable and, therefore, petitioner's motion for extension (Dkt. 58) is granted. Petitioner is advised that the amended petition and memorandum will operate as a complete substitute for (rather than a mere supplement to) the original petition (Dkt. 9) and memorandum (Dkt. 37). In other words, an amended petition replaces the original in its entirety, making the original as if it never existed. Reference to a prior pleading or another document is unacceptable – once petitioner files an amended petition, the original petition and memorandum of law will no longer serve any function in this case. Petitioner must file a new and complete amended petition on the court-approved form and attach one memorandum in support of the petition that includes all arguments he wishes to consider. Petitioner should title this document "Amended Petition."

Petitioner shall file his amended petition on or before May 2, 2016. If petitioner fails to submit an amended petition by May 2, 2016, this action will proceed on the original petition and memorandum (Dkts. 9, 37). Respondent's supplemental answer is due within 45 days after service of the amended petition. The supplemental answer will be treated in accordance with LCR 7. Accordingly, on the face of the supplemental answer, respondent shall note it for consideration on the fourth Friday after filing. Petitioner may file and serve a response not later than the Monday immediately preceding the Friday designated for consideration of the matter, and respondent may file and serve a reply not later than the Friday designated for consideration of the matter.

Dated this 19th day of January, 2016.

_J. Richard Creatura_
J. Richard Creatura
United States Magistrate Judge

ORDER GRANTING EXTENSION - 2