UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| BRADLEY A. GRUBHAM,<br><br>         Petitioner,<br><br>    v.<br><br>MICHAEL OBENLAND,<br><br>         Respondent. | CASE NO. C13-5646 RJB-JRC<br><br>ORDER GRANTING EXTENSION |

The District Court has referred this petition for a writ of habeas corpus to United States Magistrate Judge, J. Richard Creatura. The authority for the referral is 28 U.S.C. § 636(b)(1)(A) and (B), and local Magistrate Judge Rules MJR3 and MJR4.

Petitioner seeks a sixty-day extension to file his response to the respondent's supplemental answer. Dkt. 78. Presently, petitioner's amended petition was deemed ready for consideration on August 19, 2016. Petitioner explains that he would like to respond to the supplemental answer filed on July 25, 2016 but had a medical emergency (traumatic brain injury), a new cell mate, and limited access to the law library. Respondent has not objected.

ORDER GRANTING EXTENSION - 1

1  Petitioner shows good cause for the requested extension to respond to the supplemental answer
2  and the Court finds that respondent will not be prejudiced by this extension.
3     Petitioner's motion for a sixty-day extension to respond to the supplemental answer filed
4  by respondent on July 25, 2016 (Dkt. 76) is granted.  Accordingly, petitioner's response to
5  respondent's supplemental answer will be due on or before October 21, 2016. The Clerk is
6  ordered to re-note the amended petition for consideration on October 21, 2016.

    Dated this 29th day of August, 2016.

                                    J. Richard Creatura
                                    United States Magistrate Judge