UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| BRADLEY ALLEN GRUBHAM,<br><br>            Petitioner,<br><br>    v.<br><br>MICHAEL OBENLAND,<br><br>            Respondent. | CASE NO. C13-5646 RJB-JRC<br><br>ORDER DENYING MOTION TO INITIATE CRIMINAL COMPLAINT |

The District Court has referred this petition for a writ of habeas corpus to United States Magistrate Judge, J. Richard Creatura. The authority for the referral is 28 U.S.C. § 636(b)(1)(A) and (B), and local Magistrate Judge Rules MJR3 and MJR4.

Before the Court is petitioner's motion for an order to initiate a criminal investigation with an entity that has proper jurisdiction but without a conflict of interest ("Motion"). Dkt. 79. It appears that petitioner is requesting that the Court initiate a criminal investigation and that a deputy prosecuting attorney be charged with a "criminal felony offense." Dkt. 79 at 1. Petitioner's Motion requests actions by this Court that are inconsistent with federal court

jurisdiction. This Court does not initiate investigations. Accordingly, petitioner's Motion is DENIED.

Dated this 29th day of August, 2016.

J. Richard Creatura
United States Magistrate Judge