UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| BRADLEY ALLEN GRUBHAM,<br><br>Petitioner,<br><br>v.<br><br>MICHAEL OBENLAND,<br><br>Respondent. | CASE NO. C13-5646 RJB JRC<br><br>ORDER ON MOTION FOR CLARITY FROM CLERK |

This matter comes before the Court on the Petitioner's Motion for Clarity from Clerk. Dkt. 120. The Court has considered the motion and remaining record.

Petitioner brought this case pursuant to 28 U.S.C. § 2254, challenging his conviction in state court of first degree assault. Dkt. 1. On February 8, 2017, a 42-page Report and Recommendation was filed, recommending that the petition be denied on the merits and a certificate of appealability not issue. Dkt. 93. The facts and procedural history are in the Report and Recommendation (Dkt. 93, at 1-7) and are adopted here by reference. On October 23, 2017, the Report and Recommendation was adopted, the petition dismissed, and a certificate of appealability did not issue. Dkt. 117. Petitioner filed a notice of appeal. Dkt. 119.

On October 25, 2017, Petitioner filed the instant pleading, "to request clarity in the requirement of a timely request for permission to appeal the district court's decision [to] deny [his] petition for habeas corpus and motion for an evidentiary hearing." Dkt. 120.

On October 26, 2017, the Clerk of the Court for the Ninth Circuit filed a letter addressed to Petitioner informing him that:

> The Clerk's Office of the United States Court of Appeals for the Ninth Circuit has received a copy of your notice of appeal and/or request for a certificate of appealability.
>
> **A briefing schedule will not be set until the court determines whether a certificate of appealability should issue**.
>
> Absent an emergency, all subsequent filings in this matter will be referred to the panel assigned to consider whether or not to grant the certificate of appealability. All subsequent letters and requests for information regarding this matter will be added to your file to be considered at the same time the cause is brought before the court.

Dkt. 121.

In light of the Ninth Circuit Clerk of the Court's letter to Petitioner (Dkt. 121) his Motion for Clarity from Clerk (Dkt. 120) should be stricken as moot.

## **ORDER**

Accordingly, it is **ORDERED** that:

Petitioner's Motion for Clarity from Clerk (Dkt. 120) **IS STRICKEN AS MOOT**.

The Clerk is directed to send uncertified copies of this Order to all counsel of record, Judge Creatura, and to any party appearing *pro se* at said party's last known address.

/ / /

/ / /

/ / /

Dated this 3rd day of November, 2017.

*Robert J Bryan*
ROBERT J. BRYAN
United States District Judge